Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:        Clerk, U.S. Bankruptcy Court

Re:        UNDISTRIBUTED FUNDS

Case No.:  6:08-bk-12711-MJ

Debtor(s): BONNIE CHERRIE
           1085 CLARK ST
           RIVERSIDE, CA 92501

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| BONNIE CHERRIE<br>1085 CLARK ST.<br>RIVERSIDE, CA 92501 | $602.27 |

Dated: 12/8/10

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0812711 | BONNIE CHERRIE | | 00000 | 602.27 | 0.00 | 602.27 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    602.27    0.00    602.27

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
CHAPTER 13 TRUSTEE
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

BONNIE CHERRIE
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 602.27
CASE: 0812711
INTEREST: 0.00

16-4430
1220

1ST ENTERPRISE BANK
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0333092

CHECK DATE: Dec 08, 2010
AMOUNT: ********602.27**
VOID 45 DAYS FROM DATE

PAY  Six Hundred Two And 27 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈033092⑈ ⑆122044300⑆ ⑈030⑈100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT